# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| JOHN YOST, | : | Case No. 3:12-CV-206 |
| Plaintiff, | : | |
| -vs- | : | District Judge Timothy S. Black<br>Magistrate Judge Michael J. Newman |
| HENKELS & MCCOY INC., | : | |
| Defendant. | : | |

## ORDER

The discovery phase of this case has ended. No discovery Motion or other matter referred to the undersigned Judicial Officer remains pending. The case is presently set for further proceedings, including trial, before United States District Judge Timothy S. Black. The Clerk of Court is directed to note in the record that:

1. Referral of this case to the undersigned Judicial Officer has expired; and

2. No Motion or other matter in this case remains pending before the undersigned Judicial Officer.

April 4, 2013               s/**Michael J. Newman**
                            United States Magistrate Judge