UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **JOHN YOST,** | Case No.  **3:12-CV-206** |
| Plaintiff, | |
| **-vs-** | **Judge Timothy S. Black** |
| **HENKELS & MCCOY, INC.,** | |
| Defendant. | |

_____

**JUDGMENT IN A CIVIL CASE**

_____

    **[ ]   Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

    **[X]   Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered,

    **IT IS ORDERED AND ADJUDGED** that Defendant's Motion for Summary Judgment (Doc. 20) is **GRANTED**; and the case is **CLOSED** from the docket of the Court.

| | |
|---|---|
| Date: June 18, 2013 | **JOHN P. HEHMAN, CLERK** |
| | By: *s/ M. Rogers* |
| | Deputy Clerk |