**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

**JOHN YOST,**                                Case No.    **3:12-CV-206**

     Plaintiff,

                                         **Judge Timothy S. Black**

**-vs-**

**HENKELS & MCCOY, INC.,**

     Defendant.

_____

**JUDGMENT IN A CIVIL CASE**

_____

     **[ ]**     **Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

     **[X]**     **Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered,

     **IT IS ORDERED AND ADJUDGED** that Defendant's Motion for Summary Judgment (Doc. 20) is **GRANTED**; and the case is **CLOSED** from the docket of the Court.

Date: June 18, 2013                                         **JOHN P. HEHMAN, CLERK**

                                                           By: *s/ M. Rogers*
                                                           Deputy Clerk